UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CLARENCE DAILEY,<br><br>                    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 3:14-cv-05691-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

  Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

  DATED this 3rd day of September, 2014.

                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1